UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

M-M Bloomington Associates, LLC

        Plaintiff,                                          **ORDER**

v.                                                                 Civil 08-6076 PAM/JJG

Ritz Camera Centers, Inc.

        Defendant.

_____

The proceedings in the above matter have been stayed pending the disposition of Bankruptcy proceedings in another court.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court administratively terminate the action in his record, without prejudice to the right of the parties to move to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: February 25, 2009

                                                              s/Paul A. Magnuson
                                                              Paul A. Magnuson, Judge
                                                             United States District Court